# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JANE WALLACE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0119-CG-C |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated September 29, 2014, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Defendant's motion to dismiss (Doc. 16) is **GRANTED**; the claims asserted by the Plaintiffs under sections 502(a)(2) and 502(a)(3) of ERISA are **DISMISSED WITH PREJUDICE**; and the claim asserted by the Plaintiffs under section 502(a)(1)(B) of ERISA is **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 20th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE